B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Work Zone Products, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **76-0514717** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**6358 Pinemont Dr<br>Houston, TX**<br>ZIP CODE **77092** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (1/08)**                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **Work Zone Products, Inc** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                                  Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                                              Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Work Zone Products, Inc**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

Signature(s) of Debtor(s) (Individual/Joint):

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

_____
Telephone Number (If not represented by attorney)

_____
Date

Signature of a Foreign Representative:

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Peter Johnson
_____
**Peter Johnson**                      Bar No. **10778400**

**Peter Johnson**
**Suite 2820**
**11 Greenway Plaza**
**Houston, Texas 77046**

Phone No.**(713) 961-1200**       Fax No.**(713) 961-0941**

04/11/2008
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Work Zone Products, Inc**

**X** /s/ Patricia Oakes
_____
Signature of Authorized Individual

**Patricia Oakes**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**04/11/2008**
_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Work Zone Products, Inc**                                    CASE NO

                                                                              CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

| | |
|---|---|
| 1.  Debtor's employer identification number is_____**76-0514717**_____. | |
| 2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____. | |
| 3.  The following financial data is the latest available information and refers to the debtor's condition on_____. | |
|     a. Total Assets | |
|     b. Total Liabilities | |

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | | |
| Contingent  secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | | |
| Contingent  unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 1150 | 2 |

*Comments, if any*

4.  Brief description of debtor's business:
    *Traffic control and striping service*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Work Zone Products, Inc**                                    CASE NO

                                                                        CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

    *PATRICIA OAKES*
    *6358 PINEMONT*
    *HOUSTON , TX 77018*

---

I, _____**Patricia Oakes**_____ the _____**President**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.


Date:__**04/11/2008**_____          Signature:__ **/s/ Patricia Oakes**_____
                                                           **Patricia Oakes**
                                                           **President**

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Work Zone Products, Inc**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| THE FROST NATIONAL BANK<br>P.O. BOX 1600<br>SAN ANTONIO, TX, 78296 | | Non-Purchase Money | | **$361,863.07**<br><br>**Value: $0.00** |
| THE FROST NATIONAL BANK<br>P.O. BOX 1600<br>SAN ANTONIO, TX, 78296 | | Non-Purchase Money | | **$318,153.82**<br><br>**Value: $0.00** |
| THE FROST NATIONAL BANK<br>P.O. BOX 1600<br>SAN ANTONIO, TX, 78296 | | Non-Purchase Money | | **$140,080.95**<br><br>**Value: $0.00** |
| Sherwin Williams<br>6501 Antoine Dr<br>Houston, TX 77091 | | Tade Credit | | **$71,388.22** |
| Ennis Paint Co.<br>P.O. Box 671185<br>Dallas, TX 75267-1185 | | Tade Credit | | **$67,000.00** |
| Ennis Paint | | Collecting for - Ennis Paint | | **$67,000.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Work Zone Products, Inc**                                    Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| THE FROST NATIONAL BANK P.O. BOX 1600 SAN ANTONIO, TX, 78296 | | Purchase Money Security Interest | | **$51,712.56** **Value: $0.00** |
| American Express P.O. Box 630001 Dallas, TX 75363-0001 | | Tade Credit | | **$43,000.00** |
| 3M P.O.Box 200715 Dallas, TX 75320-0715 | | Tade Credit | | **$38,874.48** |
| Nipon Carbide | | Tade Credit | | **$22,311.92** |
| THE FROST NATIONAL BANK P.O. BOX 1600 SAN ANTONIO, TX, 78296 | | Non-Purchase Money | | **$20,374.32** **Value: $0.00** |
| Stuart Allen & Associates, Inc. 5447 E 5th Street, Suite 110 Tucson, AZ 85711 | | Collecting for - Potters Industries | | **$15,101.45** |
| STERLING BANK 10301 KATY FWY HOUSTON, TX, 77024 | | Non-Purchase Money | | **$14,384.25** **Value: $0.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Work Zone Products, Inc**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mikedon<br>9002 Wayfararer Ln.<br>Box 750963<br>Houston, Texas 77275-0963 | | Tade Credit | | **$13,604.93** |
| Potters Industries Inc.<br>PO Box 840<br>Valley Forge, PA<br>19482-0840 | | Tade Credit | | **$13,131.45** |
| The Childress Law Office<br>5100 Indian School Rd. NE Ste 28<br>Albuquerque, NM 87110 | | Collecting for - Nation Trench Safety | | **$13,000.00** |
| Paul Bettencourt Tax Assessor-Collector<br>P.O. Box 4622<br>Houston, TX 77210 | | 2007 Taxes | | **$12,946.85** |
| AB Gas Co.<br>4722 W 18th st<br>Houston, TX 77092 | | Tade Credit | | **$12,361.07** |
| Grainger<br>8200 Pinemont<br>Houston, TX  77040-6520 | | Tade Credit | | **$12,100.71** |
| Gulf States Asphalt Company, L.P.<br>300 Christy Place<br>P.O. Box 508<br>South Houston, TX 77587-0508 | | Tade Credit | | **$12,088.84** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Work Zone Products, Inc**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**04/11/2008**_____          Signature:__**/s/ Patricia Oakes**_____

**Patricia Oakes**
**President**

*Peter Johnson*  10778400
*Peter Johnson*
*Suite 2820*
*11 Greenway Plaza*
*Houston, Texas 77046*
*(713) 961-1200*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:                                    Case No.:
**Work Zone Products, Inc**          SSN:  **76-0514717**
_____          SSN: _____

Debtor(s)                         ## Numbered Listing of Creditors

Address:
**6358 Pinemont Dr**                  Chapter:    **11**
**Houston, Texas 77092**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  3M<br>P.O.Box 200715<br>Dallas, TX 75320-0715 | Unsecured Claim | $38,874.48 |
| 2.  AB Gas Co.<br>4722 W 18th st<br>Houston, TX 77092 | Unsecured Claim | $12,361.07 |
| 3.  Altus Athletic/OK-1 Mfg.<br>709 Veterans PO Box 8388<br>Altus, OK 73522 | Unsecured Claim | $472.60 |
| 4.  American Express<br>P.O. Box 630001<br>Dallas, TX  75363-0001 | Unsecured Claim | $43,000.00 |
| 5.  Aztec Rental<br>2001 W. 34th Street<br>Houston, TX 77018 | Unsecured Claim | $3,692.15 |
| 6.  Bartula Enterprises, Inc.<br>1051 Chesire Ln.<br>Houston,Texas 77018 | Unsecured Claim | $3,791.85 |

in re:  **Work Zone Products, Inc**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Batterson, Inc.<br>955 Judiway<br>Houston, Texas 77018 | Unsecured Claim | $6,359.90 |
| 8.  Caterpillar Financial Services Corp.<br>2120 West End Ave.<br>Nashville, Tenn.  37203 | Unsecured Claim | $766.59 |
| 9.  CenterPoint Energy<br>PO Box 1325<br>Houston, TX 77251-1325 | Unsecured Claim | $0.00 |
| 10.  CenterPoint Energy 5130770-0<br>PO Box 2628<br>Houston, TX 77252 | Unsecured Claim | $0.00 |
| 11.  City of Houston Water Dept<br>PO Box 1560<br>Houston, TX 77251 | Unsecured Claim | $582.15 |
| 12.  Coface Collections North America, Inc.<br>P.O. Box 8510<br>Metairie, LA 70011 | Unsecured Claim | $0.00 |
| 13.  Dicke Tool Co.<br>36438 Treasury Center<br>Chicago IL. 60694-6400 | Unsecured Claim | $489.30 |
| 14.  Donald C Young III, MD<br>427 W 20th Street, Suite 210<br>Houston, TX 77008 | Unsecured Claim | $450.00 |
| 15.  Energy Absorption Systems, Inc.<br>35 E Wacker Dr.<br>Chicago,  IL 60601 | Unsecured Claim | $9,200.00 |

in re:  **Work Zone Products, Inc**

|  | Debtor | | Case No. (if known) |
|---|---|---|---|
| Creditor name and mailing address | Category of claim | | Amount of claim |
| 16. Ennis Paint | Unsecured Claim | | $67,000.00 |
| 17. Ennis Paint Co.<br>P.O. Box 671185<br>Dallas, TX 75267-1185 | Unsecured Claim | | $67,000.00 |
| 18. Exxon<br>PO box 530962<br>Alanta, GA 30353-0962 | Unsecured Claim | | $2,524.84 |
| 19. Fatetteville Propane Company, Inc.<br>PO Box 218<br>Fayetteville, TX 78940 | Unsecured Claim | | $353.22 |
| 20. Flint Trading, Inc.<br>PO Box 160<br>Thomasville, NC 27361 | Unsecured Claim | | $4,747.71 |
| 21. General Truck Body<br>7110 Jensen Dr.<br>Houston, TX 77093 | Unsecured Claim | | $3,961.00 |
| 22. Gilliam's Grocery Charge Accounts<br>714 Gene Street<br>Buffalo, TX 75831 | Unsecured Claim | | $981.58 |
| 23. Grainger<br>8200 Pinemont<br>Houston, TX  77040-6520 | Unsecured Claim | | $12,100.71 |
| 24. Graphic Solutions Group<br>PO Box 671261<br>Dallas, TX 75267-1261 | Unsecured Claim | | $1,035.07 |

in re:  **Work Zone Products, Inc**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Gulf States Asphalt Company, L.P.<br>300 Christy Place<br>P.O. Box 508<br>South Houston, TX 77587-0508 | Unsecured Claim | $12,088.84 |
| 26. Harris County<br>xxx5801 | Priority Claim | $5,597.70 |
| 27. Harris County<br>xxx6160 | Priority Claim | $7,223.44 |
| 28. Harris County<br>P.O. Box 4576<br>Houston, TX 77210<br>xxxxxxxxx0000 | Priority Claim | $3.22 |
| 29. Houston Alternator<br>1835 N. Shepherd Drive<br>Houston, TX 77008 | Unsecured Claim | $294.46 |
| 30. INTERNAL REVENUE SERVICE<br>P O BOX 145595<br>MC 8420G<br>CINCINNATI, OH, 45250-5595 | Secured Claim | $4,360.46 |
| 31. Interstate All Battery Center<br>8350 Westheimer<br>Houston, TX  77063 | Unsecured Claim | $1,966.90 |
| 32. Kriscon<br>6800 Bingle Rd.<br>Houston, tx 77092-1113 | Unsecured Claim | $3,702.47 |
| 33. MERIT FINANCIAL, INC<br>10590 WESTOFFICE DR<br>SUITE 280<br>HOUSTON, TX, 77042 | Secured Claim | |

in re:   **Work Zone Products, Inc**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. Mikedon<br>9002 Wayfararer Ln.<br>Box 750963<br>Houston, Texas 77275-0963 | Unsecured Claim | $13,604.93 |
| 35. Munsch Hardt Kopf & Harr<br>3800 Lincoln Plaza<br>500 N Akard Street<br>Dallas, TX 75201 | Unsecured Claim | $0.00 |
| 36. Napa Auto Parts<br>5110 Antoine Drive<br>Houston, TX 77092 | Unsecured Claim | $2,244.77 |
| 37. National Signal, Inc.<br>9603 John St.<br>Santa Fe Springs, CA 90670 | Unsecured Claim | $996.14 |
| 38. NEC Financial Services<br>PO Box 100558<br>Pasadena, CA 91189-0558 | Unsecured Claim | $393.36 |
| 39. Nick's Diesel Service<br>Interstate Billing Service, Inc. Dept. 1<br>PO Box 2153<br>Birmingham, AL 35287-1265 | Unsecured Claim | $3,393.37 |
| 40. Nipon Carbide | Unsecured Claim | $22,311.92 |
| 41. Northwest Pipe Company<br>6307 Toledo<br>Houston, TX 77008 | Unsecured Claim | $9,300.99 |
| 42. Nut Place, Inc./The<br>6606 N. Gessner<br>Houston, TX 77040<br>713-462-3147 | Unsecured Claim | $891.68 |

in re:   **Work Zone Products, Inc**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 43. | O'Rourke Petroleum<br>223 McCarty Dr<br>Houston, TX  77029 | Unsecured Claim | $11,920.28 |
| 44. | Pacesseter Personnel Service<br>P.O. Box 684005<br>Houston, TX 77268-4005 | Unsecured Claim | $80.62 |
| 45. | Paul Bettencourt Tax Assessor-Collector<br>P.O. Box 7622<br>Houston, TX 77210<br>x-xxx7289 | Priority Claim | $27.46 |
| 46. | Paul Bettencourt Tax Assessor-Collector<br>P.O. Box 4622<br>Houston, TX 77210<br>x-xxx6160 | Priority Claim | $12,946.85 |
| 47. | Phoneline Technologies, Inc.<br>6820 N Eldridge #502<br>Houston, TX 77041 | Unsecured Claim | $115.83 |
| 48. | Pitney Bowes<br>PO Boxx 856390<br>Louisville, KY 40285-6390 | Unsecured Claim | $2,493.20 |
| 49. | Potters Industries Inc.<br>PO Box 840<br>Valley Forge, PA<br>19482-0840 | Unsecured Claim | $13,131.45 |
| 50. | Premium Assignment Corporation<br>3522 Thomasville Rd. Suit 400<br>Tallahassee, FL 32309 | Unsecured Claim | $6,286.76 |
| 51. | Presco Products Co.<br>P.O. Box 226467<br>Dallas, TX 75222-6467 | Unsecured Claim | $1,116.00 |

in re:  **Work Zone Products, Inc**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52. Sherwin Williams<br>6501 Antoine Dr<br>Houston, TX 77091 | Unsecured Claim | $71,388.22 |
| 53. Stasco<br>1140 Rothwell<br>Houston, Texas 77002 | Unsecured Claim | $645.23 |
| 54. State of Texas<br>Comptroller of Public Accounts<br>Revenue of Accounting Division<br>P.O. Box 13528<br>Austin, TX 78711<br>xxxxxxx7176 | Priority Claim | $3,000.00 |
| 55. STERLING BANK<br>10301 KATY FWY<br>HOUSTON, TX, 77024<br>xxxx3075 | Secured Claim | $3,938.46 |
| 56. STERLING BANK<br>10301 KATY FWY<br>HOUSTON, TX, 77024<br>xxxxx3076 | Secured Claim | $2,577.36 |
| 57. STERLING BANK<br>10301 KATY FWY<br>HOUSTON, TX, 77024<br>xxxx4367 | Secured Claim | $3,434.35 |
| 58. STERLING BANK<br>10301 KATY FWY<br>HOUSTON, TX, 77024<br>xxxxx2914 | Secured Claim | $6,961.60 |
| 59. STERLING BANK<br>10301 KATY FWY<br>HOUSTON, TX, 77024<br>xxxxx7252 | Secured Claim | $3,624.25 |
| 60. STERLING BANK<br>10301 KATY FWY<br>HOUSTON, TX, 77024<br>xxxxx8032 | Secured Claim | $14,384.25 |

in re:   **Work Zone Products, Inc**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 61. | Stuart Allen & Associates, Inc.<br>5447 E 5th Street, Suite 110<br>Tucson, AZ 85711<br>xxxx8355 | Unsecured Claim | $15,101.45 |
| 62. | Team Ford<br>9965 Highway 6<br>Navasota, TX 77868 | Unsecured Claim | $100.00 |
| 63. | The Childress Law Office<br>5100 Indian School Rd. NE Ste 28<br>Albuquerque, NM 87110 | Unsecured Claim | $13,000.00 |
| 64. | THE FROST NATIONAL BANK<br>P.O. BOX 1600<br>SAN ANTONIO, TX, 78296 | Secured Claim | $140,080.95 |
| 65. | THE FROST NATIONAL BANK<br>P.O. BOX 1600<br>SAN ANTONIO, TX, 78296 | Secured Claim | $51,712.56 |
| 66. | THE FROST NATIONAL BANK<br>P.O. BOX 1600<br>SAN ANTONIO, TX, 78296 | Secured Claim | $361,863.07 |
| 67. | THE FROST NATIONAL BANK<br>P.O. BOX 1600<br>SAN ANTONIO, TX, 78296 | Secured Claim | $318,153.82 |
| 68. | THE FROST NATIONAL BANK<br>P.O. BOX 1600<br>SAN ANTONIO, TX, 78296 | Secured Claim | $20,374.32 |
| 69. | TimeWise Delivery<br>1425 Overhill  Suite 110<br>Houston, Texas 77018 | Unsecured Claim | $492.00 |

in re:   **Work Zone Products, Inc**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70.   Tommie Vaughn Ford<br>1145 N. Shepherd<br>Houston, TX 77008 | Unsecured Claim | $676.24 |
| 71.   Trafco Industries, Inc.<br>414 West Main<br>Eagle Lake, TX   77434 | Unsecured Claim | $4,300.00 |
| 72.   Traffic Supply<br>500 FM 3013 W.<br>EAGLE LAKE, TX 77434 | Unsecured Claim | $3,826.00 |
| 73.   Trailer Wheel & Frame<br>8222 N. Freeway<br>Houston, TX  77037 | Unsecured Claim | $877.77 |
| 74.   Trantex<br>3310 Frick Road, Bldg. d<br>Houston, TX   77086 | Unsecured Claim | $4,701.96 |
| 75.   United Rentals Highway Technologies<br>36353 Treasury Center<br>Chicago, IL 60694-6300 | Unsecured Claim | $6,817.69 |
| 76.   Westside Automotive & Tire Service<br>PO Box 41089<br>Houston, TX 77241 | Unsecured Claim | $895.08 |
| 77.   Wolf Recovery Systems, Inc.<br>P.O. Box 207<br>Baytown, TX 77522 | Unsecured Claim | $2,500.00 |

in re:  **Work Zone Products, Inc** _____        _____

                                                    Debtor                                                                  Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Work Zone Products, Inc** _____ ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   _Numbered Listing of Creditors,_
consisting of ___10___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.


    Debtor:  **/s/ Patricia Oakes** _____      Date: 04/11/2008 _____
             **Patricia Oakes**
             **President**



_____
    **CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (see 11 U.S.C. § 110)**


    certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have
    provided the debtor with a copy of this document.


_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                  Social Security Number


_____


_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Forms for each person.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Work Zone Products, Inc | § | No. |
| | § | Chapter 11 |
| | § | |
| **DEBTOR(S)** | § | |

**STATEMENT OF TAX RETURN**
**BALANCE SHEET, STATEMENT OF OPERATIONS**


        The undersigned, being the authorized representative of the Debtor(s) in the above-styled case hereby certify under the penalty of perjury that the most recently filed federal tax return is attached hereto together with the most recent balance sheet and  statement of operations or cash-flow statement.
.

        Dated:  April 11, 2008




                                        /s/ *Work Zone Products, Inc*
                                        _____


                                        /s/ Patricia Oakes
                                        _____

1:32 PM

04/10/08

Accrual Basis

# Work Zone Products, Inc.
# Balance Sheet
### As of December 31, 2007

|  | Dec 31, 07 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Frost Bank - #50 9849173 | 16,973.53 |
| **Total Checking/Savings** | 16,973.53 |
| **Accounts Receivable** | |
| Retainage Accounts Receivable | 15,778.06 |
| Trade Accounts Receivable | 547,816.73 |
| **Total Accounts Receivable** | 563,594.79 |
| **Other Current Assets** | |
| Employee Advances | -84.02 |
| Payroll Asset | -3,277.00 |
| Note Receivable 000 | 100,000.00 |
| **Retainage Held** | |
| Retainage Account | -150.88 |
| Retainage Held - Other | 58,147.56 |
| **Total Retainage Held** | 57,996.68 |
| Advances to employees | 2,355.00 |
| Note receivable | 80,316.41 |
| Shareholder Loan | 77,213.65 |
| Undeposited Funds | 21,206.89 |
| **Total Other Current Assets** | 335,727.61 |
| **Total Current Assets** | 916,295.93 |
| **Fixed Assets** | |
| 2005 Thermoplastic Trailer | 49,469.06 |
| Furniture & Fixtures | 52,389.66 |
| Leasehold Improvements | 9,228.12 |
| Machine & Equipment | 323,786.90 |
| **Trucks** | |
| F650 Vehicle -2004 TMA | 28,026.52 |
| 2006 Land Rover | 70,356.86 |
| 2005 Ford F450 | 41,234.19 |
| 2005 Ford F550 | 39,311.87 |
| 2000  F650 TMA | 31,646.11 |
| 2000 F350 | 24,459.79 |
| 2002 F150 | 15,169.42 |
| 2002 F250 TC | 30,692.04 |
| 2003 Ford F250 Ext Cab | 29,280.23 |
| 2003 Ford F550 | 37,003.11 |
| 2003 Ford F550 Striping | 38,452.88 |
| 2003 Volvo Chasis | 318,523.95 |
| 2004 GMC Yukon | 22,000.00 |
| 2004 Isuzu (Paint Truck) | 210,342.00 |
| Mercedez | 42,294.55 |
| Trucks - Other | 9,503.00 |
| **Total Trucks** | 988,296.52 |
| **Accumulated depreciation** | -702,185.27 |
| **Total Fixed Assets** | 720,984.99 |
| **Other Assets** | |
| Mystery Asset | 58,228.07 |
| Organization costs | 1,065.90 |
| Accumulated amortization | -1,065.90 |
| **Total Other Assets** | 58,228.07 |
| **TOTAL ASSETS** | **1,695,508.99** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 259,341.58 |
| **Total Accounts Payable** | 259,341.58 |

1:32 PM

04/10/08

Accrual Basis

# Work Zone Products, Inc.
## Balance Sheet
### As of December 31, 2007

|  | Dec 31, 07 |
|---|---|
| **Credit Cards** | |
| **Home Depot** | 762.00 |
| **Office Depot** | 7,948.86 |
| **Sterling Bank Visa** | 100.00 |
| **Total Credit Cards** | 8,810.86 |
| | |
| **Other Current Liabilities** | |
| **Property Taxes - Building** | -6,387.69 |
| **Mystery Liability** | -1,243.03 |
| **Child Support Chris** | -704.99 |
| **Direct Deposit Liabilities** | -1,504.49 |
| **Child support Stan** | -3,741.84 |
| **Payroll Liabilities** | 69,484.66 |
| **Sales Tax Payable** | 44,043.89 |
| **Total Other Current Liabilities** | 99,946.51 |
| | |
| **Total Current Liabilities** | 368,098.95 |
| | |
| **Long Term Liabilities** | |
| **Frost Bank #9003 - LOC** | 339,325.75 |
| **Frost Bank #9004 - SB P/O Loan** | 313,906.34 |
| **Frost Bank #9001- Equipment LOC** | 133,581.86 |
| **Frost Bank #9002 - Land Rover** | 51,073.46 |
| **Sterling Bank #210057252** | 20,295.76 |
| **Sterling Bank #811052914** | 16,457.42 |
| **Sterling Bank #307058032** | 25,927.92 |
| **Sterling Bank #11054367** | 16,859.77 |
| **Chase - 2002 Ford F150** | -312.41 |
| **Mercedes Benz** | 27,227.11 |
| **Sterling -Old Loan Payment** | 1,712.54 |
| **Sterling Bank #112503076** | 10,480.00 |
| **Sterling Bank #21803075** | 4,416.08 |
| **Total Long Term Liabilities** | 960,951.60 |
| | |
| **Total Liabilities** | 1,329,050.55 |
| | |
| **Equity** | |
| **Shareholder Investment** | -13,636.40 |
| **Common stock** | 38,534.74 |
| **Retained Earnings** | 392,854.81 |
| **Net Income** | -51,294.71 |
| **Total Equity** | 366,458.44 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 1,695,508.99 |

1:29 PM

04/10/08

Accrual Basis

# Work Zone Products, Inc.
# Profit & Loss
## January through December 2007

|  | Jan - Dec 07 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Negotiate | -1,188.74 |
| Outside Income | 1,042.37 |
| Rental Income | 521,472.98 |
| Sales | 1,721,101.57 |
| Sales Income | -1,520.00 |
| **Total Income** | 2,240,908.18 |
| **Cost of Goods Sold** | |
| Caterpillar Equipment Lease | 7,047.04 |
| Job Materials | 465,555.27 |
| Job Labor | 382,891.65 |
| Fuel | 77,478.10 |
| Freight & Delivery | 7,127.93 |
| Equipment Repairs | 6,800.34 |
| Equipment Rental | 8,385.80 |
| Bid Expense | 13,496.41 |
| Auto Insurance | 5,309.89 |
| **Total COGS** | 974,092.43 |
| **Gross Profit** | 1,266,815.75 |
| **Expense** | |
| Sterling Bank -#21803075 | 969.33 |
| Sterling Bank -#210057252 | 966.51 |
| Void | 0.00 |
| Reconciliation Discrepancies | -0.35 |
| Reimbursement | 2,959.50 |
| Equipment Rental Expense | 9,913.81 |
| Mystery Expense | 8,438.82 |
| Quantity Variance | 129.28 |
| Construction Expense | 14,200.00 |
| Advertisement | 6,415.41 |
| Automobile Expense | 8,979.24 |
| Bad Debt | 7,970.42 |
| Bank Service Charges | 25,364.79 |
| Business Gifts | 842.45 |
| Computer | 6,274.05 |
| Consulting | 52,034.00 |
| Contributions | 2,709.72 |
| Credit Card Fees | 968.62 |
| Depreciation Expense | 91,000.00 |
| Dues and Subscriptions | 18,467.74 |
| Employee Benefit Expense | 29,973.46 |
| Employee Uniforms | 2,056.44 |
| Insurance | 98,882.55 |
| Interest Expense | 35,309.30 |
| Lease | 20,365.96 |
| Licenses and Permits | 2,960.78 |
| Maintenance | 12,601.02 |
| Miscellaneous | 1,918.99 |
| Office Supplies | 10,684.55 |
| Payroll Expenses | 568,959.30 |
| Postage and Delivery | 3,372.79 |
| Printing and Reproduction | 884.06 |
| Professional Fees | 24,327.27 |
| Rent | 95,383.76 |
| Repairs | 35,916.56 |
| Security | 2,419.90 |
| Shop Supplies | 22,154.17 |
| Taxes | 18,140.26 |
| Telephone | 36,377.18 |

1:29 PM
04/10/08
Accrual Basis

# Work Zone Products, Inc.
## Profit & Loss
### January through December 2007

|  | Jan - Dec 07 |
|---|---|
| Training | 4,250.00 |
| Travel & Ent | 14,856.84 |
| Utilities | 17,711.98 |
| **Total Expense** | 1,318,110.46 |
| **Net Ordinary Income** | -51,294.71 |
| **Net Income** | -51,294.71 |

**ABERCROMBIE & ASSOCIATES, PC**
14550 TORREY CHASE, SUITE 120
HOUSTON, TX 77014
(281) 440-5740

Client 11455100
April 18, 2007

**Work Zone Products, Inc.**
P.O Box 924913
Houston, TX 77292-4913
713-290-9675

---

### FEDERAL FORMS

| | |
|---|---|
| Form 1120 | 2005 U.S. Corporation Income Tax Return |
| Form 2220 | Underpayment of Estimated Tax by Corporations |
| Form 4562 | Depreciation and Amortization |
| Form 4797 | Sale of Business Property |
| Form 7004 | Application for Automatic Extension |
| | Depreciation Schedules |

---

### TEXAS FORMS

| | |
|---|---|
| Form 05-102 | Texas Public Information Report |
| Form 05-110 | Texas Extension Request |
| Form 05-142 | Texas Franchise Tax Report |
| | Texas Depreciation Schedules |

---

### FEE SUMMARY

Preparation Fee

| 2005 | FEDERAL INCOME TAX SUMMARY | PAGE 1 |
|---|---|---|

**WORK ZONE PRODUCTS, INC.**

76-0514717

| | 2005 | 2004 | DIFF |
|---|---|---|---|
| **INCOME** | | | |
| GROSS RECEIPTS LESS RETURNS/ALLOWANCE.... | 3,891,016 | 2,386,375 | 1,504,641 |
| COST OF GOODS SOLD (SCHEDULE A)........... | 1,911,900 | 1,868,400 | 43,500 |
| GROSS PROFIT............................... | 1,979,116 | 517,975 | 1,461,141 |
| GROSS RENTS................................ | 0 | 782,925 | -782,925 |
| NET GAIN (OR LOSS) FROM 4797.............. | -357 | 0 | -357 |
| TOTAL INCOME....... | 1,978,759 | 1,300,900 | 677,859 |
| **DEDUCTIONS** | | | |
| COMPENSATION OF OFFICERS................... | 380,477 | 127,130 | 253,347 |
| SALARIES/WAGES LESS EMPLOYMENT CREDITS.. | 230,623 | 204,979 | 25,644 |
| REPAIRS AND MAINTENANCE.................... | 47,291 | 31,978 | 15,313 |
| BAD DEBTS.. | 407,991 | 85,400 | 322,591 |
| RENTS...... | 41,945 | 45,438 | -3,493 |
| TAXES AND LICENSES ....................... | 114,442 | 144,793 | -30,351 |
| INTEREST................................... | 71,316 | 69,101 | 2,215 |
| CONTRIBUTIONS... | 3,353 | 6,416 | -3,063 |
| DEPRECIATION...... | 180,061 | 179,649 | 412 |
| ADVERTISING................................ | 7,931 | 1,860 | 6,071 |
| EMPLOYEE BENEFIT PROGRAMS.................. | 0 | 28,080 | -28,080 |
| OTHER DEDUCTIONS .......................... | 463,156 | 318,335 | 144,821 |
| TOTAL DEDUCTIONS........................... | 1,948,586 | 1,243,159 | 705,427 |
| **TAXABLE INCOME** | | | |
| TAXABLE INCOME (LINE 28)........... | 30,173 | 57,741 | -27,568 |
| TAXABLE INCOME...... ...................... | 30,173 | 57,741 | -27,568 |
| **TAX COMPUTATION** | | | |
| INCOME TAX.... ............ ..... .......... | 4,526 | 9,435 | -4,909 |
| TOTAL TAX................................... | 4,526 | 9,435 | -4,909 |
| **PAYMENTS AND CREDITS** | | | |
| TAX DEPOSITED WITH FORM 7004.............. | 0 | 9,525 | -9,525 |
| TOTAL PAYMENTS AND CREDITS............ | 0 | 9,525 | -9,525 |
| **REFUND OR AMOUNT DUE** | | | |
| OVERPAYMENT................................ | 0 | 25 | -25 |
| OVERPAYMENT CREDITED TO NEXT YEAR. ....... | 0 | 25 | -25 |
| UNDERPAYMENT PENALTY....... ........ | 182 | 65 | 117 |
| TAX DUE..................................... | 4,708 | 0 | 4,708 |
| **SCHEDULE L** | | | |
| BEGINNING ASSETS .......................... | 1,258,171 | 1,196,086 | 62,085 |
| BEGINNING LIABILITIES & EQUITY............. | 1,258,171 | 1,196,086 | 62,085 |
| ENDING ASSETS..... ........................ | 1,342,748 | 1,258,171 | 84,577 |
| ENDING LIABILITIES & EQUITY........ ........ | 1,342,748 | 1,258,171 | 84,577 |
| **TAX RATES** | | | |
| MARGINAL TAX RATE ........ ........ ........ | 15.0% | 25.0% | -10.0% |
| EFFECTIVE TAX RATE........ ................. | 15.0% | 16.3% | -1.3% |

| 2005 | FEDERAL BALANCE SHEET SUMMARY | PAGE 1 |
|---|---|---|
| | WORK ZONE PRODUCTS, INC. | 76-0514717 |

**ENDING ASSETS**

| | | |
|---|---:|---:|
| CASH | | 47,614 |
| ACCOUNTS RECEIVABLE | 590,846 | |
| LESS: ALLOWANCE FOR BAD DEBTS | (0) | 590,846 |
| OTHER CURRENT ASSETS | | 335,079 |
| LOANS TO SHAREHOLDERS | | 89,414 |
| BUILDINGS AND OTHER ASSETS | 1,302,117 | |
| LESS: ACCUMULATED DEPRECIATION | (1,054,118) | 247,999 |
| INTANGIBLE ASSETS | 1,066 | |
| LESS: ACCUMULATED AMORTIZATION | (1,066) | |
| OTHER ASSETS | | 31,796 |
| TOTAL ASSETS | | 1,342,748 |

**ENDING LIABILITIES & EQUITY**

| | | |
|---|---:|---:|
| ACCOUNTS PAYABLE | | 340,239 |
| SHORT TERM NOTES PAYABLE | | 399,837 |
| OTHER CURRENT LIABILITIES | | 64,712 |
| LONG TERM NOTES PAYABLE | | 364,704 |
| COMMON STOCK | 2,000 | 2,000 |
| ADDITIONAL PAID-IN CAPITAL | | 36,535 |
| UNAPPROPRIATED RETAINED EARNINGS | | 134,721 |
| TOTAL LIABILITIES AND EQUITY | | 1,342,748 |

| 2005 | TEXAS INCOME TAX SUMMARY | | PAGE 1 |
|---|---|---|---|
| | WORK ZONE PRODUCTS, INC. | | 0140896500 |

| | 2005 | 2004 | DIFF |
|---|---|---|---|
| **SCHEDULE A** | | | |
| GROSS RECEIPTS IN TEXAS.......................... | 3,891,016 | 3,169,300 | 721,716 |
| GROSS RECEIPTS EVERYWHERE.................... | 3,891,016 | 3,169,300 | 721,716 |
| APPORTIONMENT FACTOR........................... | 1.0000 | 1.0000 | 0.0000 |
| STATED CAPITAL..................................... | 2,000 | 2,000 | 0 |
| SURPLUS............................................. | 171,256 | 161,222 | 10,034 |
| TOTAL TAXABLE CAPITAL.......................... | 173,256 | 163,222 | 10,034 |
| APPORTIONED TAXABLE CAPITAL.................. | 173,256 | 163,222 | 10,034 |
| NET TAXABLE CAPITAL............................. | 173,256 | 163,222 | 10,034 |
| TAX DUE ON NET TAXABLE CAPITAL............. | 433 | 408 | 25 |
| **SCHEDULE B** | | | |
| GROSS RECEIPTS IN TEXAS......................... | 3,891,016 | 3,169,300 | 721,716 |
| GROSS RECEIPTS EVERYWHERE.................... | 3,891,016 | 3,169,300 | 721,716 |
| APPORTIONMENT FACTOR........................... | 1.0000 | 1.0000 | 0.0000 |
| FEDERAL TAXABLE INCOME........................ | 51,071 | 24,631 | 26,440 |
| EARNED SURPLUS................................... | 51,071 | 24,631 | 26,440 |
| APPORTIONED EARNED SURPLUS.................. | 51,071 | 24,631 | 26,440 |
| APPORTIONED PLUS ALLOC. EARNED SURPLUS.. | 51,071 | 24,631 | 26,440 |
| NET TAXABLE EARNED SURPLUS.................. | 51,071 | 24,631 | 26,440 |
| TAX DUE ON NET TAXABLE EARNED SURPLUS.... | 2,298 | 1,108 | 1,190 |
| NET TAX DUE ON NET TAX. EARNED SURPLUS.. | 2,298 | 1,108 | 1,190 |
| NET TAX DUE........................................ | 2,298 | 1,108 | 1,190 |
| TOTAL TAX DUE..................................... | 2,298 | 1,108 | 1,190 |
| **AMOUNT DUE AND PAYABLE** | | | |
| TOTAL TAX DUE..................................... | 2,298 | 1,108 | 1,190 |
| PRIOR PAYMENTS................................... | 1,110 | 0 | 1,110 |
| NET TAX DUE........................................ | 1,188 | 1,108 | 80 |
| TOTAL AMOUNT DUE AND PAYABLE................ | 1,188 | 1,108 | 80 |
| **TAX RATES** | | | |
| MARGINAL TAX RATE............................... | 4.5% | 4.5% | 0.0% |
| EFFECTIVE TAX RATE............................... | 4.5% | 4.5% | 0.0% |

| 2005 | GENERAL INFORMATION | PAGE 1 |
|---|---|---|
| | WORK ZONE PRODUCTS, INC. | 76-0514717 |

**FORMS NEEDED FOR THIS RETURN**

FEDERAL: 1120, 2220, 4562, 4797, 7004
TEXAS:   05-102, 05-110, 05-142, 05-143

**TAX RATES**

| | MARGINAL | EFFECTIVE |
|---|---|---|
| FEDERAL | 15% | 15% |
| TEXAS | 4.5% | 4.5% |

**UNDERPAYMENT PENALTY**

FEDERAL                                                           182.

**CARRYOVERS TO 2006**

FEDERAL CARRYOVERS

CONTRIBUTIONS - PRIOR YEARS                                      2,473.

**NET SECTION 1231 LOSSES**

FEDERAL

2005 LOSSES                                                       357.

TEXAS

2005 LOSSES                                                       357.

Form **7004**

(Rev December 2005)
Department of the Treasury
Internal Revenue Service

## Application for Automatic 6-Month Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.

OMB No. 1545-0233

| Type or Print | Name | Taxpayer Identification number |
|---|---|---|
| | WORK ZONE PRODUCTS, INC. | 76-0514717 |
| | (Number, street, and room or suite number. If P.O. box, see instructions.) | |

File by the due date for the return for which an extension is requested. See instructions.

P.O. BOX 924913
City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)

HOUSTON, TX 77292-4913

### Caution: Carefully complete all items. Incorrect information may cause delay or rejection.

1   Enter only one code for type of return form that this automatic 6-month extension is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **12**

2   If the foreign corporation does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

3   If the organization qualifies under Regulations section 1.6081-5 (see instructions), check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

4a For calendar year 20 05, or other tax year beginning _ _ _ _ _ _ , 20 _ _ , and ending _ _ _ _ _ _ , 20 _ _

b Short tax year. If this tax year is less than 12 months, check the reason:
☐ Initial return      ☐ Final return      ☐ Change in accounting period      ☐ Consolidated return to be filed

5   If the organization is a corporation and is the common parent of a group that intends to file consolidated, check here . . . . . . . . . . ► ☐
    Also, you must attach a schedule, listing the name, address, and EIN for each member covered by this extension.

| | | | |
|---|---|---|---|
| 6 | Tentative total tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 4,526. |
| 7 | Total payments and credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 0. |
| 8 | Balance due. Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 4,526. |

| Extension Is For: | Form Code | Extension Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-L | 18 |
| Form 706-GS(T) | 02 | Form 1120-ND | 19 |
| Form 990-C | 03 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1041 (estate) | 04 | Form 1120-PC | 21 |
| Form 1041 (trust) | 05 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120-S | 25 |
| Form 1065 | 09 | Form 1120-SF | 26 |
| Form 1065-B | 10 | Form 3520-A | 27 |
| Form 1066 | 11 | Form 8612 | 28 |
| Form 1120 | 12 | Form 8613 | 29 |
| Form 1120 (cooperative cooperative) | 13 | Form 8725 | 30 |
| Form 1120-A | 14 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.

Form **7004** (Rev 12-2005)

CPCZ0701L  12/08/05

Form **1120**
Department of the Treasury
Internal Revenue Service

### U.S. Corporation Income Tax Return
For calendar year 2005 or tax year beginning _____ , 2005, ending _____ , _____
► See separate instructions.

OMB No. 1545-0123

**2005**

**A** Check if:
1 Consolidated return (attach Form 851)
2 Personal holding company (attach Sch PH)
3 Personal service corp (see instructions)
4 Schedule M-3 required (attach Sch M-3)

Use IRS label. Otherwise, print or type.

WORK ZONE PRODUCTS, INC.
P.O BOX 924913
HOUSTON, TX 77292-4913

**B** Employer identification number
76-0514717

**C** Date incorporated
8/14/1996

**D** Total assets (see instructions)
$ 1,342,748.

**E** Check if: (1) [ ] Initial return  (2) [ ] Final return  (3) [ ] Name change  (4) [ ] Address change

| | | | |
|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales | 3,891,016. | b Less returns & allowances. _____ | c Balance. ► | 1c | 3,891,016. |
| | 2 Cost of goods sold (Schedule A, line 8) | | 2 | 1,911,900. |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 1,979,116. |
| | 4 Dividends (Schedule C, line 19) | | 4 | |
| | 5 Interest | | 5 | |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | -357. |
| | 10 Other income (see instructions — attach schedule) | | 10 | |
| | 11 Total income. Add lines 3 through 10 | ► | 11 | 1,978,759. |

| | | |
|---|---|---|
| **D E D U C T I O N S** (See instructions for limitations on deductions.) | 12 Compensation of officers (Schedule E, line 4) | 12 | 380,477. |
| | 13 Salaries and wages (less employment credits) | 13 | 230,623. |
| | 14 Repairs and maintenance | 14 | 47,291. |
| | 15 Bad debts | 15 | 407,991. |
| | 16 Rents | 16 | 41,945. |
| | 17 Taxes and licenses. SEE STATEMENT 1 | 17 | 114,442. |
| | 18 Interest | 18 | 71,316. |
| | 19 Charitable contributions (see instructions for 10% limitation) SEE STATEMENT 2 | 19 | 3,353. |
| | 20a Depreciation (attach Form 4562) ... 20a 180,061. | | |
| | b Less depreciation claimed on Schedule A and elsewhere on return ... 20b | 20c | 180,061. |
| | 21 Depletion | 21 | |
| | 22 Advertising | 22 | 7,931. |
| | 23 Pension, profit-sharing, etc, plans | 23 | |
| | 24 Employee benefit programs | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) | 25 | |
| | 26 Other deductions (attach schedule) SEE STATEMENT 3 | 26 | 463,156. |
| | 27 Total deductions. Add lines 12 through 26 | 27 | 1,948,586. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 30,173. |
| | 29 Less: a Net operating loss deduction (see instructions) ... 29a | | |
| | b Special deductions (Schedule C, line 20) ... 29b | 29c | |

| | | |
|---|---|---|
| **T A X A N D P A Y M E N T S** | 30 Taxable income. Subtract line 29c from line 28 (see instructions if Sch C, line 12, was completed) | 30 | 30,173. |
| | 31 Total tax (Schedule J, line 11) | 31 | 4,526. |
| | 32 Payments: a 2004 overpayment credited to 2005 ... 32a | | |
| | b 2005 estimated tax payments ... 32b | | |
| | c Less 2005 refund applied for on Form 4466 ... 32c | d Bal ► 32d | 0. |
| | e Tax deposited with Form 7004 ... 32e | | |
| | f Credits: (1) Form 2439 ... (2) Form 4136 ... 32f | 32g | 0. |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► [X] | 33 | 182. |
| | 34 Tax due. If line 32g is smaller than the total of lines 31 and 33, enter amount owed | 34 | 4,708. |
| | 35 Overpayment. If line 32g is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| | 36 Enter amount of line 35 you want: Credited to 2006 estimated tax _____ Refunded ► | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____

May the IRS discuss this return with the preparer shown below? (see inst) [X] Yes [ ] No

**Paid Preparer's Use Only**

Preparer's signature ► BERNARD ABERCROMBIE

Check if self-employed [ ]

Preparer's SSN or PTIN P00182748

Firm's name (or yours if self-employed), address, and ZIP code
ABERCROMBIE & ASSOCIATES, PC
14550 TORREY CHASE, SUITE 120
HOUSTON, TX 77014

EIN 20-0695931
Phone no. (281) 440-5740

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

CPCA0205L  12/12/06

Form **1120** (2005)

Form 1120 (2005)    WORK ZONE PRODUCTS, INC.    76-0514717    Page 2

## Schedule A    Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year. | 1 | |
| 2 | Purchases. | 2 | 997,676. |
| 3 | Cost of labor. | 3 | |
| 4 | Additional Section 263A costs (attach schedule). | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . SEE STATEMENT 4 | 5 | 914,224. |
| 6 | Total. Add lines 1 through 5. | 6 | 1,911,900. |
| 7 | Inventory at end of year. | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2. | 8 | 1,911,900. |

9a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation.) . . . . . . ►

b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970). . . . . . . . . . . ►☐
d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory
  computed under LIFO . . . . . | 9d | |
e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . . ☐ Yes ☒ No
f Was there any change in determining quantities, cost, or valuations between opening and
  closing inventory? If 'Yes,' attach explanation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

## Schedule C    Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock). . . . . . . . . . . . . | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations. . . . . . . | | SEE INSTR. | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs. . . . . . . | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs. . . . . . | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation. . . . . . . . . | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . | | 100 | |
| 11 | Dividends from affiliated group members and certain FSCs. . . . . . . . . . | | 100 | |
| 12 | Dividends from controlled foreign corporations (attach Form 8895) . . . | | 85 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 . . . . | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471). . . . | | | |
| 15 | Foreign dividend gross-up . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 . . . . . . . . . | | | |
| 17 | Other dividends. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . ► | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4. . . . . . . . . ► | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . . ► | | | |

## Schedule E    Compensation of Officers (see instructions for page 1, line 12)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | PATRICIA OAKES | 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 | 100 % | 100 % | 0.00 % | 380,477. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return . . . . . . . . . . . . | 380,477. |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 . . . . . . . . . . . | 380,477. |

CPCA0212L  12/12/05

Form 1120 (2005)

Form 1120 (2005)   WORK ZONE PRODUCTS, INC.   76-0514717   Page 3

## Schedule J   Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group......................................... ► ☐ | | |
| | **Important:** Members of a controlled group, see instructions. | | |
| 2a | If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, & $9,925,000 taxable income brackets (in that order): | | |
| | (1) $ _____   (2) $ _____   (3) $ _____ | | |
| b | Enter the corporation's share of:  (1) Additional 5% tax (not more than $11,750).... $ _____ | | |
| | (2) Additional 3% tax (not more than $100,000)...... $ _____ | | |
| 3 | Income tax. Check if a qualified personal service corporation | | |
| | (see instructions)................................................................... ► ☐ | 3 | 4,526. |
| 4 | Alternative minimum tax (attach Form 4626)............................................... | 4 | |
| 5 | Add lines 3 and 4....................................................................... | 5 | 4,526. |
| 6a | Foreign tax credit (attach Form 1118)............................ 6a | | |
| b | Possessions tax credit (attach Form 5735)........................ 6b | | |
| c | Credits from:  ☐ Form 8834   ☐ Form 8907, line 23...... 6c | | |
| d | General business credit. Check box(es) and indicate which forms are attached. | | |
| | ☐ Form 3800  ☐ Form(s) (specify). ► _____ 6d | | |
| e | Credit for prior year minimum tax (attach Form 8827)............. 6e | | |
| f | Bond credits from:  ☐ Form 8860   ☐ Form 8912............. 6f | | |
| 7 | Total credits. Add lines 6a through 6f..................................................... | 7 | |
| 8 | Subtract line 7 from line 5............................................................... | 8 | 4,526. |
| 9 | Personal holding company tax (attach Schedule PH (Form 1120))............................... | 9 | |
| 10 | Other taxes.  ☐ Form 4255   ☐ Form 8611   ☐ Form 8697 | | |
| | Check if from:  ☐ Form 8866   ☐ Form 8902   ☐ Other (att schedule)................ | 10 | |
| 11 | Total tax. Add lines 8 through 10. Enter here and page 1, line 31............................ | 11 | 4,526. |

## Schedule K   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash   b ☒ Accrual | | |
| | c ☐ Other (specify) ► _____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ► 238900 | | |
| b | Business activity ► CONSTRUCTION PRODUCT | | |
| c | Product or service ► ROAD BARRICADES | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).)..................... | | X |
| | If 'Yes,' attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?............ | | X |
| | If 'Yes,' enter name and EIN of the parent corporation ► | | |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).)..... | X | |
| | If 'Yes,' attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) | | |
| | Enter % owned ► 100.%  SEE STATEMENT 5 | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.)................................. | | X |
| | If 'Yes,' file Form 5452, Corporate Report of Nondividend Distributions. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | |

| | | Yes | No |
|---|---|---|---|
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation?.............................. | | X |
| | If 'Yes,' enter: (a) Percentage owned........ ► _____ | | |
| | and (b) Owner's country ► _____ | | |
| c | The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached...................... ► _____ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount.... ► ☐ | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year..... ► $ ____NONE | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer).................................. ► 1 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here......... ► ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ► $ ____NONE | | |
| 13 | Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000?............. | | X |
| | If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ► $ _____ | | |

**Note:** If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

BAA   CPCA0234  10/17/05   Form 1120 (2005)

Form 1120 (2005)   WORK ZONE PRODUCTS, INC.      76-0514717

Note: The corporation is not required to complete Schedules L, M-1 and M-2 if Question 13 on Schedule K is answered 'Yes.'

Page 4

## Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 14,953. | | 47,614. |
| 2a Trade notes and accounts receivable | 736,583. | | 590,846. | |
| b Less allowance for bad debts | | 736,583. | | 590,846. |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) ... SEE ST 6 | | 80,316. | | 335,079. |
| 7 Loans to shareholders | | 89,414. | | 89,414. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 1,175,138. | | 1,302,117. | |
| b Less accumulated depreciation | 869,911. | 305,227. | 1,054,118. | 247,999. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 1,066. | | 1,066. | |
| b Less accumulated amortization | 1,066. | | 1,066. | |
| 14 Other assets (attach schedule) ...... SEE ST 7 | | 31,678. | | 31,796. |
| 15 Total assets | | 1,258,171. | | 1,342,748. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 318,661. | | 340,239. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach sch) ... SEE ST 8 | | 398,365. | | 399,837. |
| 19 Loans from shareholders | | 8,194. | | 64,712. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | 369,729. | | 364,704. |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 2,000. | 2,000. | 2,000. | 2,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings — Appro (att sch) | | 36,535. | | 36,535. |
| 25 Retained earnings - Unappropriated | | | | |
| 26 Adjust to shareholders' equity (att sch) | | 124,687. | | 134,721. |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 1,258,171. | | 1,342,748. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income per Return (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 10,034. | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | 10,141. | Tax-exempt interest $ | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| a Depreciation $ | | a Depreciation $ | | |
| b Charitable contributions $ | | b Charitable contrib $ | 2,993. | |
| c Travel & entertainment $ | | | | |
| STATEMENT 9       4,473 | 8,518. | | | |
| 6 Add lines 1 through 5 | 12,991. | 9 Add lines 7 and 8 | 2,993. | |
| | 33,166. | 10 Income (page 1, line 28) — line 6 less line 9 | 2,993. | |
| | | | 30,173. | |

## Schedule M-2  Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 124,687. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | 10,034. | b Stock | | |
| 3 Other increases (itemize): | | c Property | | |
| | | 6 Other decreases (itemize): | | |
| 4 Add lines 1, 2, and 3 | 134,721. | 7 Add lines 5 and 6 | | |
| | | 8 Balance at end of year (line 4 less line 7) | 134,721. | |

CPCA0234L  10/17/05

Form 1120 (2005)

Form **2220**

Department of the Treasury
Internal Revenue Service

**Underpayment of Estimated Tax by Corporations**
► See separate instructions.
► Attach to the corporation's tax return.

OMB No. 1545-0142

**2005**

Name
WORK ZONE PRODUCTS, INC.

Employer Identification number
76-0514717

**Note:** *Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 34 on the estimated tax penalty line of the corporation's income tax return, but **do not attach Form 2220.***

### Part I  Required Annual Payment

| | | | |
|---|---|---|---|
| 1 | Total tax (see instructions) | 1 | 4,526. |
| 2a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 | 2a | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long term contracts or section 167(g) for depreciation under the income forecast method | 2b | |
| c | Credit for Federal tax paid on fuels (see instructions) | 2c | |
| d | Total. Add lines 2a through 2c | 2d | |
| 3 | Subtract line 2d from line 1. If the result is less than $500, do not complete or file this form. The corporation does not owe the penalty | 3 | 4,526. |
| 4 | Enter the tax shown on the corporation's 2004 income tax return (see instructions). **Caution: If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5** | 4 | 9,435. |
| 5 | Required Annual Payment. Enter the smaller of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 | 5 | 4,526. |

### Part II  Reasons for Filing — Check the boxes below that apply. If any boxes are checked, the corporation must file Form 2220, even if it does not owe a penalty (see instructions).

| | |
|---|---|
| 6 | ☐ The corporation is using the adjusted seasonal installment method. |
| 7 | ☐ The corporation is using the annualized income installment method. |
| 8 | ☐ The corporation is a 'large corporation' figuring its first required installment based on the prior year's tax. |

### Part III  Figuring the Underpayment

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | Installment due dates. Enter in columns (a) through (d) the 15th day of the 4th (Form 990 — PF filers: Use 5th month), 6th, 9th, and 12th months of the corporation's tax year | 9 | 4/15/05 | 6/15/05 | 9/15/05 | 12/15/05 |
| 10 | Required installments. If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% of line 5 above in each column | 10 | 1,131. | 1,131. | 1,132. | 1,132. |
| 11 | Estimated tax paid or credited for each period (see instructions). For column (a) only, enter the amount from line 11 on line 15 | 11 | | | | |
| | **Complete lines 12 through 18 of one column before going to the next column.** | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column | 12 | | | | |
| 13 | Add lines 11 and 12 | 13 | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column | 14 | | 1,131. | 2,262. | 3,394. |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | 15 | 0. | 0. | 0. | 0. |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- | 16 | | 1,131. | 2,262. | |
| 17 | Underpayment. If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 | 17 | 1,131. | 1,131. | 1,132. | 1,132. |
| 18 | Overpayment. If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column | 18 | | | | |

Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 — no penalty is owed.

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 2220 (2005)

Form 2220 (2005)    WORK ZONE PRODUCTS, INC.                                      76-0514717        Page 2

## Part IV    Figuring the Penalty

|    |    |    | (a) | (b) | (c) | (d) |
|----|----|----|-----|-----|-----|-----|
| 19 | Enter the date of payment or the 15th day of the 3rd month after the close of the tax year, whichever is earlier (see instructions). **(Form 990-PF and Form 990-T filers:** Use 5th month instead of 3rd month.) | 19 | 3/15/06 | 3/15/06 | 3/15/06 | 3/15/06 |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19. | 20 | 334 | 273 | 181 | 90 |
| 21 | Number of days on line 20 after 4/15/2005 and before 10/1/2005. | 21 | 168 | 107 | 15 | |
| 22 | Underpayment on line 17  ×  Number of days on line 21 / 365  × 6%. | 22 | 31.23 | 19.89 | 2.79 | |
| 23 | Number of days on line 20 after 9/30/2005 and before 4/1/2006. | 23 | 166 | 166 | 166 | 90 |
| 24 | Underpayment on line 17  ×  Number of days on line 23 / 365  × 7%. | 24 | 36.01 | 36.01 | 36.04 | 19.54 |
| 25 | Number of days on line 20 after 3/31/2006 and before 7/1/2006. | 25 | | | | |
| 26 | Underpayment on line 17  ×  Number of days on line 25 / 365  × *%. | 26 | | | | |
| 27 | Number of days on line 20 after 6/30/2006 and before 10/1/2006. | 27 | | | | |
| 28 | Underpayment on line 17  ×  Number of days on line 27 / 365  × *%. | 28 | | | | |
| 29 | Number of days on line 20 after 9/30/2006 and before 1/1/2007. | 29 | | | | |
| 30 | Underpayment on line 17  ×  Number of days on line 29 / 365  × *%. | 30 | | | | |
| 31 | Number of days on line 20 after 12/31/2006 and before 2/16/2007. | 31 | | | | |
| 32 | Underpayment on line 17  ×  Number of days on line 31 / 365  × *%. | 32 | | | | |
| 33 | Add lines 22, 24, 26, 28, 30, and 32. | 33 | 67.24 | 55.90 | 38.83 | 19.54 |

| 34 | **Penalty.** Add columns (a) through (d) of line 33. Enter the total here and on Form 1120, line 33; Form 1120-A, line 29; or the comparable line for other income tax returns. | 34 | 182. |
|----|----|----|----|

*For underpayments paid after March 31, 2006: For lines 26, 28, 30, and 32, use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at **www.irs.gov.** You can also call 1-800-829-4933 to get interest rate information.

Form 2220 (2005)

CPCZ0312L  01/13/06

Form **4562**
(Rev January 2006)
Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
### (Including Information on Listed Property)
► See separate instructions.   ► Attach to your tax return.

OMB No. 1545-0172

**2005**

Attachment
Sequence No. **67**

Name(s) shown on return
WORK ZONE PRODUCTS, INC.

Identifying number
76-0514717

Business or activity to which this form relates
FORM 1120

**Part I   Election To Expense Certain Property Under Section 179**
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | | 1 | 105,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | | 2 | 136,207. |
| 3 | Threshold cost of section 179 property before reduction in limitation | | 3 | 420,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | 5 | 105,000. |

| | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| 6 | SEE STATEMENT 10 | 102,000. | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | 0. |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | 9 | 102,000. |
| 10 | Carryover of disallowed deduction from line 13 of your 2004 Form 4562 | | 10 | 102,000. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | | 11 | 0. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | 105,000. |
| 13 | Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 ► | 13 | | 102,000. |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.   0.

**Part II   Special Depreciation Allowance and Other Depreciation** (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for certain aircraft, certain property with a long production period, and qualified New York Liberty or GO Zone property (other than listed property) placed in service during the tax year (see instrs) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III   MACRS Depreciation** (Do not include listed property.) (See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2005 | 17 | 56,642. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

### Section B — Assets Placed in Service During 2005 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 34,207. | 7 | HY | 200DB | 4,888. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

**Part IV   Summary** (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 16,531. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 180,061. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   FDIZ0812L 12/20/05   Form **4562** (2005) (Rev 1-2006)

Form 4562 (2005)  (Rev 1-2006)    WORK ZONE PRODUCTS, INC.                                    76-0514717         Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A – Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? | | X Yes | | No | 24b If 'Yes,' is the evidence written? | | | | | X Yes | | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for certain aircraft, certain property with a long production period, and qualified New York Liberty or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . | | | | | | 25 | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| 2000 F650 | 4/30/02 | 100.0 | 31,646. | 31,646. | 5.0 | 200DB HY | 1,775. | |
| 2000 F350 | 2/14/02 | 100.0 | 24,460. | 15,899. | 5.0 | 200DB HY | 1,775. | |
| 2003 MERCEDE | 10/31/02 | 100.0 | 42,294. | 34,634. | 5.0 | 200DB HY | 1,775. | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . . . . | | | | | | 28 | 16,531. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | 29 | 0. |

### Section B – Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles). . . . . . . . . . . . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . . . . . . . . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons. (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions) . . . . . . . . . . . . . . . . . . | | |
| Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles. | | |

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2005 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2005 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 43 | |
| 44 Total. Add amounts in column (f). See instructions for where to report . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 44 | |

FDIZ0812L 12/29/05                                                        Form **4562** (2005)  (Rev 1-2006)

Form 4562 (2005)  (Rev 1 2005)   WORK ZONE PRODUCTS, INC.                               76-0514717        Page 2

**Part V**  Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A -- Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed? ....... [ ] Yes [ ] No  24b If 'Yes,' is the evidence written? ....... [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for certain aircraft, certain property with a long production period, and qualified New York Liberty or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2004 YUKON | 11/25/03 | 100.0 | 37,001. | 25,991. | 5.0 | 200DB HY | 3,250. | |
| 2002 F-150 | 6/18/03 | 100.0 | 15,169. | 7,584. | 5.0 | 200DB HY | 1,456. | |
| 2003 F-250 | 4/17/03 | 100.0 | 29,280. | 21,320. | 5.0 | 200DB HY | 3,250. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ........... 28

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ..................................... 29

**Section B -- Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (do not include commuting miles). | | | | | | |
| 31 | Total commuting miles driven during the year ........ | | | | | | |
| 32 | Total other personal (noncommuting) miles driven. ............................ | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 ...................... | | | | | | |

| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Was the vehicle available for personal use during off duty hours? ................ | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? .......... | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? ................................. | | | | | | | | | | | | |

**Section C -- Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ..................................... | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ...... | | |
| 39 | Do you treat all use of vehicles by employees as personal use? ........................ | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ............................... | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions) ..... | | |
| | Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles. | | |

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortization amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2005 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2005 tax year ............................. | | | | 43 | |
| 44 Total. Add amounts in column (f). See instructions for where to report ................ | | | | 44 | |

FDIZ0812L 12/28/05

Form 4562 (2005)  (Rev 1-2005)

Form 4562 (2005) (Rev 1-2006)   WORK ZONE PRODUCTS, INC.                                              76-0514717      Page 2

## Part V   Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24 a Do you have evidence to support the business/investment use claimed? ⬜ Yes ⬜ No  24b If 'Yes,' is the evidence written? ⬜ Yes ⬜ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for certain aircraft, certain property with a long production period, and certain New York Liberty or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | | | 25 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2003 F550 | 2/20/03 | 100.0 | 37,003. | 29,043. | 5.0 | 200DB HY | 3,250. | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............ 28

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ............................................. 29

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

|  | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions) | | |

Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.

## Part VI   Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2005 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2005 tax year | | | | 43 | |
| 44 Total. Add amounts in column (f). See instructions for where to report | | | | 44 | |

FDIZ0812L 12/29/05

Form 4562 (2005)  (Rev 1 2005)

Form **4797**

Department of the Treasury
Internal Revenue Service   (99)

Name(s) shown on return

## Sales of Business Property
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
► Attach to your tax return.   ► See separate instructions.

OMB No. 1545-0184

**2005**

Attachment
Sequence No. **27**

WORK ZONE PRODUCTS, INC.

Identifying number
76-0514717

1   Enter the gross proceeds from sales or exchanges reported to you for 2005 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) ............ | 1 |

**Part I   Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft – Most Property Held More Than 1 Year (see instructions)**

| 2 (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| SEE STATEMENT 11 | | | | | | |
| | | | | | | -357 |

| | | |
|---|---|---|
| 3   Gain, if any, from Form 4684, line 42 .................................................... | 3 | |
| 4   Section 1231 gain from installment sales from Form 6252, line 26 or 37 ................ | 4 | |
| 5   Section 1231 gain or (loss) from like-kind exchanges from Form 8824 .................. | 5 | |
| 6   Gain, if any, from line 32, from other than casualty or theft ........................... | 6 | |
| 7   Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows .... | 7 | -357 |

Partnerships (except electing large partnerships) and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

Individuals, partners, S corporation shareholders, and all others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| 8   Nonrecaptured net section 1231 losses from prior years (see instructions) ............. | 8 | |
| 9   Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) ................................. | 9 | |

**Part II   Ordinary Gains and Losses (see instructions)**

10   Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | |
|---|---|---|
| | | |
| | | |

| | | |
|---|---|---|
| 11   Loss, if any, from line 7 ............................................................... | 11 | -357 |
| 12   Gain, if any, from line 7 or amount from line 8, if applicable .......................... | 12 | |
| 13   Gain, if any, from line 31 ............................................................. | 13 | |
| 14   Net gain or (loss) from Form 4684, lines 34 and 41a .................................. | 14 | |
| 15   Ordinary gain from installment sales from Form 6252, line 25 or 36 ................... | 15 | |
| 16   Ordinary gain or (loss) from like-kind exchanges from Form 8824 .................... | 16 | |
| 17   Combine lines 10 through 16 .......................................................... | 17 | -357 |

18   For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

a   If the loss on line 11 includes a loss from Form 4684, line 38, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from 'Form 4797, line 18a.' See instructions ........................................................................... | 18a |

b   Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 ................................................................................... | 18b |

BAA   For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (2005)

FDIZ1610L   10/17/05

| 2005 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| | WORK ZONE PRODUCTS, INC. | 76-0514717 |

**STATEMENT 1**
**FORM 1120, LINE 17**
**TAXES AND LICENSES**

| | |
|---|---|
| LICENSES AND PERMITS | $ 21,287. |
| PAYROLL TAXES | 2,456. |
| | 90,699. |
| TOTAL $ | 114,442. |

**STATEMENT 2**
**FORM 1120, LINE 19**
**CHARITABLE CONTRIBUTIONS**

| | |
|---|---|
| CARRYOVER FROM 2003 | $ 360. |
| DISALLOWED CONTRIBUTIONS DUE TO 10% LIMIT | 5,466. |
| | -2,473. |
| TOTAL $ | 3,353. |

**STATEMENT 3**
**FORM 1120, LINE 26**
**OTHER DEDUCTIONS**

| | |
|---|---|
| AUTO AND TRUCK | $ 16,049. |
| BANK CHARGES | 2,456. |
| COMPUTER | 5,820. |
| CREDIT CARD FEES | 3,020. |
| DUES AND SUBSCRIPTIONS | 32,212. |
| INSURANCE | 122,589. |
| LEGAL AND PROFESSIONAL | 27,897. |
| LIENS | 660. |
| MAINTENANCE EXPENSE | 32,720. |
| MEALS AND ENTERTAINMENT | 6,519. |
| OFFICE EXPENSE | 11,368. |
| POSTAGE | 3,683. |
| PRINTING | 1,110. |
| QUANTITY VARIANCE | 2,155. |
| SECURITY | 16,239. |
| SUPPLIES | 74,260. |
| TELEPHONE | 42,232. |
| TRAINING | 8,579. |
| TRAVEL | 26,215. |
| UNIFORMS | 7,890. |
| UTILITIES | 17,524. |
| TOTAL $ | 463,156. |

**STATEMENT 4**
**FORM 1120, SCHEDULE A, LINE 5**
**OTHER COST OF GOODS SOLD**

| | |
|---|---|
| AUTO INSURANCE | $ 44,895. |
| BID EXPENSE | 4,111. |
| EQUIPMENT RENTAL | 17,743. |
| EQUIPMENT REPAIRS | 18,171. |
| FREIGHT & DELIVERY | 11,648. |

| 2005 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|
| | WORK ZONE PRODUCTS, INC. | 76-0514717 |

**STATEMENT 4 (CONTINUED)**
**FORM 1120, SCHEDULE A, LINE 5**
**OTHER COST OF GOODS SOLD**

| | | |
|---|---|---|
| FUEL | $ | 121,847. |
| PROPERTY TAXES | | 14,624. |
| SUBCONTRACTORS | | 681,785. |
| | TOTAL $ | 914,224. |

**STATEMENT 5**
**FORM 1120, SCHEDULE K, LINE 5**
**50% OR MORE OWNERS**

NAME            : PATRICIA OAKES
ID NUMBER       : 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
PERCENTAGE OWNED : 100.00%

**STATEMENT 6**
**FORM 1120, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---|---|
| NOTE RECEIVABLE | $ 80,316. | $ 80,316. |
| NOTE RECEIVABLE - TRIPLE O | 0. | 146,453. |
| RETAINAGE HELD | 0. | 108,310. |
| TOTAL | $ 80,316. | $ 335,079. |

**STATEMENT 7**
**FORM 1120, SCHEDULE L, LINE 14**
**OTHER ASSETS**

| | BEGINNING | ENDING |
|---|---|---|
| CONSTRUCTION IN PROGRESS | $ 31,678. | $ 31,796. |
| TOTAL | $ 31,678. | $ 31,796. |

**STATEMENT 8**
**FORM 1120, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| CREDIT CARDS PAYABLE | $ 0. | $ 29,204. |
| STATE TAX PAYABLE | 8,194. | 35,508. |
| TOTAL | $ 8,194. | $ 64,712. |

| 2005 | FEDERAL STATEMENTS | PAGE 3 |
|---|---|---|

WORK ZONE PRODUCTS, INC.

76-0514717

**STATEMENT 9**
**FORM 1120, SCHEDULE M-1, LINE 5**
**BOOK EXPENSES NOT DEDUCTED**

| | | |
|---|---|---|
| OFFICER LIFE INSURANCE PREMIUMS | $ | 4,473. |
| | TOTAL $ | 4,473. |

**STATEMENT 10**
**FORM 4562, PART I**
**ELECTION TO EXPENSE CERTAIN TANGIBLE PROPERTY (SECTION 179)**

| DESCRIPTION OF PROPERTY | COST | ELECTED COST |
|---|---|---|
| 7-YEAR   THERMOPLASTIC TRAILER | 49,469. $ | 15,262. |
| 7-YEAR   F&F | 771. | 771. |
| 7-YEAR   F&F | 7,046. | 7,046. |
| 7-YEAR   F&F | 1,716. | 1,716. |
| 7-YEAR   F&F | 6,734. | 6,734. |
| 7-YEAR   F&F | 5,582. | 5,582. |
| 7-YEAR   HYDRAULIC PREMELTER | 9,000. | 9,000. |
| 7-YEAR   8 HP BLOWER | 975. | 975. |
| 7-YEAR   LINE LAZER 3400 | 3,450. | 3,450. |
| 7-YEAR   STRIPING | 1,521. | 1,521. |
| 7-YEAR   TRANTEX | 2,057. | 2,057. |
| 7-YEAR   2005 FORD F450 STRIPING | 41,234. | 41,234. |
| 7-YEAR   REFRIGERATOR AND FREEZER | 2,021. | 2,021. |
| 7-YEAR   COPIER | 1,178. | 1,178. |
| 5-YEAR   COMPUTER | 1,170. | 1,170. |
| 5-YEAR   COMPUTER | 1,061. | 1,061. |
| 5-YEAR   COMPUTER | 1,222. | 1,222. |
| | TOTAL $ | 102,000. |

**STATEMENT 11**
**FORM 4797, PAGE 1, PART I**
**SALES OR EXCHANGES OF CERTAIN PROPERTY HELD OVER ONE YEAR**

| DESCRIPTION OF PROPERTY | DATE ACQUIRED | DATE SOLD | SALES PRICE | DEPRECIATION ALLOWED | COST OR BASIS | GAIN OR LOSS |
|---|---|---|---|---|---|---|
| SHELVING & BUILTINS | 12/31/97 | 3/31/05 | | 2,619. | 2,619. $ | 0. |
| REMODELING | 2/07/97 | 3/31/05 | | 605. | 605. | 0. |
| ELECTRICAL WORK | 7/23/97 | 3/31/05 | | 485. | 485. | 0. |
| LEASEHOLD IMPROVEMENTS | 8/31/97 | 3/31/05 | | 3,203. | 3,203. | 0. |
| WORKSTATION | 12/31/97 | 3/31/05 | | 996. | 996. | 0. |
| FENCE | 10/24/01 | 3/31/05 | | 863. | 1,063. | -200. |
| LEASEHOLD ADDITIONS | 12/14/01 | 3/31/05 | | 100. | 257. | -157. |
| | | | | | TOTAL $ | -357. |