UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>**Work Zone Products, Inc**<br><br>Debtor | §<br>§<br>§<br>§<br>§ | CASE NO. 08-32384-H1-11<br><br>CHAPTER 11 |

## NOTICE OF PLAN DEFAULT

**COMES NOW HARRIS COUNTY, et al** (the "Taxing Authority") secured creditor in the above-numbered and styled bankruptcy case, and files this **Notice of Plan Default**, and in support thereof would show the Court as follows:

1. The Debtor defaulted under the terms of the Debtor's Second Amended Plan of Reorganization (Dated 12/17/08) by failing to pay the claim filed on behalf of Harris County, et al in the amount of $21,587.51.

2. Notices of Default were mailed via Certified Mail Receipt (Article No. 91719002770010051542089 and Article No. 91719002770010051542096) on January 7, 2010 to the debtor and attorney. A copy of the Debtor's Second Amended Plan Reorganization, Notices of Default, and an Amortization Schedule are attached hereto as Exhibit 1, Exhibit 2, and Exhibit 3. As of this date, the Debtor has failed to cure the default.

3. Harris County, et al intends to exercise their full rights pursuant to state law without further notice and files this **Notice of Plan Default.**

Date: February 16, 2010

                                        Respectfully submitted,

                                        LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

                                        */s/John P. Dillman*
                                        JOHN P. DILLMAN
                                        Texas State Bar No. 05874400
                                        TARA L. GRUNDEMEIER
                                        Texas State Bar No. 24036691
                                        Post Office Box 3064
                                        Houston, Texas 77253-3064
                                        (713) 844-3478 Phone
                                        (713) 844-3503 Fax

                                        *Counsel for Harris County, et al*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **Notice of Plan Default** was served via electronic means, unless not available, otherwise by regular United States Mail, first class, postage fully prepaid, on February 16, 2010 to the parties listed below and per court's mailing matrix as attached.

Debtor
Work Zone Products, Inc.
6358 Pinemont Drive
Houston, Texas 77092

Attorney for Debtor
Peter Johnson
2820 Aim Investments Tower
Houston, Texas 77046

Office of the United States Trustee
US Trustee
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002

                                        Respectfully submitted,

                                        **Linebarger Goggan Blair & Sampson, LLP**

                                        */s/ John P. Dillman*
                                        JOHN P. DILLMAN

```
Label Matrix for local noticing          American Express Bank FSB               Bank of the West
0541-4                                   c/o Becket and Lee LLP                  c/o David S. Elder
Case 08-32384                            POB 3001                                Gardere Wynne Sewell LLP
Southern District of Texas               Malvern, PA 19355-0701                  1000 Louisiana, Suite 3400
Houston                                                                          Houston, TX 77002-5011 U.S.A.
Tue Feb 16 12:41:40 CST 2010

Caterpillar Financial Services Corporation   Harris County, et al                South Coast Construction, Inc.
c/o John Mayer                           Attn: John P. Dillman                   c/o Fisher & Associates
Ross, Banks, May, Cron & Cavin, P.C.     P.O. Box 3064                           1800 Two Houston Center
2 Riverway #700                          Houston, TX 77253-3064                  909 Fannin
Houston, TX 77056-1918                                                           Houston, TX 77010-1014

Sterling Bank                            Texas Comptroller Of Public Accounts    The Frost National Bank
c/o Ted L. Walker                        Office Of The Attorney General          9821 Katy Freeway
402 Main @Preston, Penthouse             Collections Division/Bankruptcy Section Suite 100
Houston, TX 77002                        P O Box 12548, Capitol Station          Houston, Tx 77024-1208
                                         Austin, Tx 78711-2548

Triple O Enterprises, LTD                Work Zone Products, Inc.                4
6358 Pinemont Drive                      6358 Pinemont Dr                        United States Bankruptcy Court
Houston, TX 77092-3206                   Houston, TX 77092-3206                  PO Box 61010
                                                                                 Houston, TX 77208-1010


3M                                       3M                                      AB Gas Co.
P.O.Box 200715                           c/o Receiveables Control Corp           4722 W 18th st
Dallas, TX 75320-0715                    PO Box 9658                             Houston, TX 77092-8506
                                         Minneapolis, MN 55440-9658


Altus Athletic/OK-1 Mfg.                 American Express                        Aztec Rental
709 Veterans PO Box 8388                 P.O. Box 630001                         2001 W. 34th Street
Altus, OK 73522-8388                     Dallas, TX  75363-0001                  Houston, TX 77018-6187



Bank of the West                         Bank of the West                        Bartula Enterprises, Inc.
C/O David Elder                          c/o David S. Elder                      1051 Chesire Ln.
Gardere Wynne Sewell LLP                 Gardere Wynne Sewell LLP                Houston,Texas 77018-2027
1000 Louisiana, Suite 3400               1000 Louisiana, Suite 3400
Houston, Texas 77002-5011                Houston, TX  77002-5011

Batterson, Inc.                          Becket and Lee LLP                      Brennan & Clark Ltd.
955 Judiway                              PO Box 3001                             721 E. Madison, Suite 200
Houston, Texas 77018-6201                Malvern, PA 19355-0701                  Villa Park, IL 60181-3083



Carlos Mejia                             Carrie Douglas, Esq                     Caterpillar Financial Services Corp.
c/o Kelly A Greenwood                    Strasburger & Price, LLP                2120 West End Ave.
Engelhart & Greenwood                    1401 McKinney St., Ste 2200             Nashville, Tenn 37203-5341
1300 McGowen                             Houston, TX 77010-4041
Houston, TX 77004-1141

CenterPoint Energy                       CenterPoint Energy 5130770-0            City of Houston Water Dept
PO Box 1325                              PO Box 2628                             PO Box 1560
Houston, TX 77251-1325                   Houston, TX 77252-2628                  Houston, TX 77251-1560
```

| | | |
|---|---|---|
| Coface Collections North America, Inc.<br>P.O. Box 8510<br>Metairie, LA 70011-8510 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>P.O. Box 12548<br>Austin TX  78711-2548 | David Smith, Esq<br>Attr for Frost Bank<br>4646 Wild Indigo, Suite 110<br>Houston, Texas 77027-7190 |
| Dicke Tool Co.<br>36438 Treasury Center<br>Chicago IL. 60694-6400 | Donald C Young III, MD<br>427 W 20th Street, Suite 210<br>Houston, TX 77008-2400 | Energy Absorption Systems, Inc.<br>35 E Wacker Dr.<br>Chicago, IL 60601-2314 |
| Ennis Paint Co.<br>P.O. Box 671185<br>Dallas, TX 75267-1185 | Exxon<br>PO box 530962<br>Alanta, GA 30353-0962 | Fatetteville Propane Company, Inc.<br>PO Box 218<br>Fayetteville, TX 78940-0218 |
| Flint Trading, Inc.<br>PO Box 160<br>Thomasville, NC 27361-0160 | General Truck Body<br>7110 Jensen Dr.<br>Houston, TX 77093-8703 | Gilliam's Grocery Charge Accounts<br>714 Gene Street<br>Buffalo, TX 75831-7539 |
| Grainger<br>8200 Pinemont<br>Houston, TX 77040-6500 | Graphic Solutions Group<br>PO Box 671261<br>Dallas, TX 75267-1261 | Gulf States Asphalt Company, L.P.<br>300 Christy Place<br>P.O. Box 508<br>South Houston, TX 77587-0508 |
| Harris County<br>P.O. Box 4576<br>Houston, TX 77210-4576 | Houston Alternator<br>1835 N. Shepherd Drive<br>Houston, TX 77008-3687 | Houston Bag & Burlap Co<br>3709 Polk Street<br>Houston, TX 77003-4839 |
| INTERNAL REVENUE SERVICE<br>P O BOX 145595<br>MC 8420G<br>CINCINNATI, OH, 45250-5595 | IRS- Sp Proc Branch<br>Bankruptcy Section, Mail Code 5022HOU<br>1919 Smith Street<br>Houston, TX 77002-8049 | Instacheck<br>616 N. Gray Street<br>Killeen, TX 76541-4847 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Interstate All Battery Center<br>8350 Westheimer<br>Houston, TX 77063-2718 | Jack F. Abercia, Constable<br>Precinct Number One<br>Harris County, Texas<br>1302 Preston, 3rd Floor<br>Houston, TX 77002-2055 |
| Kriscon<br>6800 Bingle Rd.<br>Houston, tx 77092-1113 | L. David Smith, Esq<br>Chernosky Smith Ressling & Smith<br>4646 Wild Indigo, S 110<br>Houston, TX 77027-7190 | Langley & Banack, Inc. Attys<br>Trinity Plaza II<br>745 East Mulberry, S 900<br>San Antonio, TX 78212-3141 |
| Laura Richardson<br>15 Garden Grove Drive<br>Manvel. TX 77578-3298 | Laura Richardson<br>Marilyn Allen, Atty<br>Griffin & Matthews<br>1155 Dairy Ashford, S 300<br>Houston, TX 77079-3012 | MERIT FINANCIAL, INC<br>10590 WESTOFFICE DR<br>SUITE 280<br>HOUSTON, TX 77042-5328 |

| | | |
|---|---|---|
| Mark Rite Lines Equipment Co.<br>5379 Southgate Dr.<br>PO Box 31154<br>Billings, MT 59107-1154 | Martin Product Sales<br>Attn Scott McPherson<br>Three Riverway, Ste 400<br>Houston, TX 77056-1947 | Martin Product Sales LLC<br>P.O. Box 191<br>Kilgore, TX 75663-0191 |
| Martin Product Sales, LLC<br>Attn: Scott McPherson<br>Three Riverway., Suite 400<br>Houston,. Texas 77056-1947 | Mid-West Electric Co.<br>3828 Pinemont<br>Houston, TX 77018-1299 | Mikedon<br>9002 Wayfararer Ln.<br>Box 750963<br>Houston, Texas 77075-3902 |
| Munsch Hardt Kopf & Harr<br>3800 Lincoln Plaza<br>500 N Akard Street<br>Dallas, TX 75201-3302 | NEC Financial Services<br>PO Box 100558<br>Pasadena, CA 91189-0003 | Napa Auto Parts<br>5110 Antoine Drive<br>Houston, TX 77092-3397 |
| Naps Auto Parts<br>5110 Antoine Drive<br>Houston, TX  77092-3397 | National Signal Inc<br>2440 Artesia Ave<br>Fillerton, CA 92833-2543 | National Signal, Inc.<br>9603 John St.<br>Santa Fe Springs, CA 90670-2905 |
| Nick's Diesel Service<br>Interstate Billing Service, Inc. Dept. 1<br>PO Box 2153<br>Birmingham, AL 35287-0002 | Nippon Carbide Industries, Inc.<br>c/o David Mizgala<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St.<br>Suite 3800<br>Dallas, TX 75201-6659 | Northwest Pipe Company<br>6307 Toledo<br>Houston, TX 77008-6224 |
| Nut Place, Inc./The<br>6606 N. Gessner<br>Houston, TX 77040-4016<br>713-462-3147 | O'Rourke Petroleum<br>223 McCarty Dr<br>Houston, TX 77029-1137 | PLS Financial<br>300 N. Elizabeth 4E<br>Chicago, IL 60607-1144 |
| Pacesseter Personnel Service<br>P.O. Box 684005<br>Houston, TX 77268-4005 | Paul Bettencourt Tax Assessor-Collector<br>P.O. Box 4622<br>Houston, TX 77210-4622 | Paul Bettencourt Tax Assessor-Collector<br>P.O. Box 7622<br>Houston, TX 77270-7622 |
| Phoneline Technologies, Inc.<br>6820 N Eldridge #502<br>Houston, TX 77041 | Pitney Bowes<br>PO Boxx 856390<br>Louisville, KY 40285-6390 | Pitney Bowes Inc<br>27 Waterview Dr<br>Shelton CT 06484-4361 |
| Potters Industries Inc.<br>PO Box 840<br>Valley Forge, PA<br>19482-0840 | Premium Assignment Corporation<br>3522 Thomasville Rd. Suit 400<br>Tallahassee, FL 32309-3488 | Presco Products Co.<br>P.O. Box 226467<br>Dallas, TX 75222-6467 |
| Regions Interstate Billing Serv<br>PO Box 2250<br>Decatur, AL 35609-2250 | Regions Interstate Billing Service, Inc.<br>PO Box 2250<br>Decatur, AL 35609-2250 | STERLING BANK<br>10301 KATY FWY<br>HOUSTON, TX 77024-1142 |

| | | |
|---|---|---|
| Sean F. Greenwood<br>Christian Smith & Jewell, LLP<br>2302 Fannin, Ste 500<br>Houston, TX 77002-9136 | Shell Fleet<br>Processing Center<br>PO Box 689010<br>Des Moisnes, IA 50368-9010 | Sherwin Williams<br>6501 Antoine Dr<br>Houston, TX 77091-1203 |
| Smith-RUbin & Associates<br>PO Box 660579<br>Dallas, TX 75266-0579 | Smith-Rubin & Associates<br>P.O. box 639<br>Belle Chase,LA 70037-0639 | South Coast Construction, Inc.<br>c/o Fisher & Associates<br>909 Fannin, Suite 1800<br>Houston, Texas 77010-1016 |
| Sprint<br>PO Box 4181<br>Carol Stream, IL 60197-4181 | Star Tex Propane, Inc.<br>PO Box 1337<br>Waco, TX 76703-1337 | Stasco<br>1140 Rothwell<br>Houston, Texas 77002-1134 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Stuart Allen & Associates, Inc.<br>5447 E 5th Street, Suite 110<br>Tucson, AZ 85711-2345 | THE FROST NATIONAL BANK<br>P.O. BOX 1600<br>SAN ANTONIO, TX 78296-1600 |
| Team Ford<br>9965 Highway 6<br>Navasota, TX 77868-5301 | Ted L Walker<br>Atty for Sterling<br>402 Main Street, 9th Floor<br>Houston, TX 77002-1802 | Ted L Walker, Esq<br>The Walker Firm<br>402 Main, Penthouse<br>Houston, TX 77002-1802 |
| Texas Comptroller of Public Accts<br>c/o Office of the Attorney General<br>Bankruptcy-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>PO Box 684483<br>Austin, TX 78768-4483 | The Childress Law Office<br>5100 Indian School Rd. NE Ste 28<br>Albuquerque, NM 87110-3932 |
| The Frost National Bank<br>Attn: Mr. Mark Davis, Senior VP<br>9821 Katy Freeway, Suite 100<br>Houston, TX 77024-1208 | The Sherwin-Williams Company<br>Randall F Adair<br>Adair, Morris & Osborn, PC<br>325 N St Paul Street, Suite 4100<br>Dallas, TX 75201-3848 | The Welscher Law Firm<br>Attorneys at Law<br>1111 North Loop West<br>Suite 702<br>Houston, TX 77008-4715 |
| TimeWise Delivery<br>1425 Overhill  Suite 110<br>Houston, Texas 77018-4112 | Tommie Vaughn Ford<br>1145 N. Shepherd<br>Houston, TX 77008-6594 | Trafco Industries, Inc.<br>414 West Main<br>Eagle Lake, TX 77434-2311 |
| Traffic Supply<br>500 FM 3013 W.<br>EAGLE LAKE, TX 77434 | Trailer Wheel & Frame<br>8222 N. Freeway<br>Houston, TX 77037-3699 | Trantex<br>3310 Frick Road, Bldg. d<br>Houston, TX 77086-2993 |
| Triple O Enterprises<br>c/o Patricia Oakes<br>6358 Pinemont<br>Houston, TX 77092-3206 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United Healthcare Insurance Company<br>Credit & Delinquency Management 6NB-B<br>450 Columbus Blvd<br>PO Box 150450<br>Hartford, CT 06115-0450 |

| | | |
|---|---|---|
| United Rentals Highway Technologies<br>36353 Treasury Center<br>Chicago, IL 60694-6300 | W.W. Grainger Inc<br>7300 N Melvina Ave M240<br>Niles IL 60714-3998 | Westside Automotive & Tire Service<br>PO Box 41089<br>Houston, TX 77241-1089 |
| Wolf Recovery Systems, Inc.<br>P.O. Box 207<br>Baytown, TX 77522-0207 | Work Zone Products, Inc<br>6358 Pinemont Dr<br>Houston, Texas 77092-3206 | Wright Express Financial Services Corporatio<br>c/o James Nace Hull<br>Hull & Associates, P.C.<br>6200 Savoy #440<br>Houston, Texas 77036-3324 |
| Carlos Salvador Mejia Sr.<br>1415 Conrad Sauer Drive<br>Houston, TX 77043-4310 | Gilbert Sunny Mejia<br>1415 Conrad Sauer Drive<br>Houston, TX 77043-4310 | Laura L Richardson<br>15 Garden Grove Drive<br>Manvel, TX 77578-3298 |
| Maria De La Paz Mejia<br>1415 Conrad Sauer Drive<br>Houston, TX 77043-4310 | Peter Johnson<br>Law Offices of Peter Johnson<br>Suite 2820<br>Eleven Greenway Plaza<br>Houston, TX 77046-1114 | Peter Johnson<br>Summit Tower<br>11 Greenway Plaza<br>Suite 2820<br>Houston, TX 77046-1114 |
| Wendy Melissa Mejia<br>1415 Conrad Sauer Drive<br>Houston, TX 77043-4310 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | State of Texas<br>Comptroller of Public Accounts<br>Revenue of Accounting Division<br>P.O. Box 13528<br>Austin, TX 78711 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (u)Ennis Paint | (u)Harris County |
| (d)Harris County, et al<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | (d)Houston Bag & Burlap Company<br>3709 Polk Street<br>Houston, TX 77003-4839 | (u)Nipon Carbide |

End of Label Matrix  
Mailable recipients   132  
Bypassed recipients     6  
Total                 138